IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-31190
Conference Calendar
_____


CHRISTOPHER ERUCHALU,

                                        Plaintiff-Appellant,


versus


IMMIGRATION AND NATURALIZATION SERVICE,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 96-CV-1075
- - - - - - - - - -
April 15, 1997
Before REAVLEY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:*

     Because there is no final district court order, we lack
jurisdiction over the appeal of Immigration and Naturalization
Service (INS) detainee Christopher Eruchalu, Sr., No. 316581. 28
U.S.C. § 1291. We note the correctness of the district court's
determination that it lacked subject-matter jurisdiction over
Eruchalu's petition under 28 U.S.C. § 2241. Accordingly, we
DISMISS AS MOOT Eruchalu's motions for a stay of deportation and
appointment of counsel.

_____

     * Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

APPEAL DISMISSED.